UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHIRLEY COE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:04-cv-0836-JDT-WTL |
| ) | |
| CRYOVAC, INC. d/b/a SEALED AIR ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with this court's Entry on the Defendant's Motion for Summary Judgment, said motion is **GRANTED** and judgment is entered in favor of the Defendant, Cryovac, Inc. d/b/a/ Sealed Air Corporation, and against the Plaintiff, Shirley Coe, on all claims of the Plaintiff. Costs are allowed the Defendant.

ALL OF WHICH IS ORDERED this 21st day of October 2005.

Laura Briggs, Clerk
United States District Court

_____
John Daniel Tinder, Judge
United States District Court

_____
By Evelyn A. Hollins, Deputy Clerk

Copies to:

Cathryn E. Albrecht
Jackson Lewis LLP
albrechc@jacksonlewis.com

Derrick D. Eley
derrickdeley@yahoo.com

Sara A. Weinberg
Jackson Lewis LLP
weinbers@jacksonlewis.com